

WWW.RIVKINRADLER.COM

926 RXR Plaza
Uniondale, NY 11556-0926
T 516.357.3000 F 516.357.3333

**PATRICK R. O'MEA**
(516) 357-3042
patrick.omea@rivkin.com

MEMORANDUM ENDORSED

July 12, 2022

**VIA ELECTRONIC FILING**

The Honorable Gabriel W. Gorenstein
United States District Court
Southern District of New York
Daniel Patrick Moynihan United States Courthouse
500 Pearl Street
New York, New York 10007-1312

    Re:    The Charter Oak Fire Insurance Company v. United Specialty Insurance Company
            Docket No.: 1:22-cv-02010-ALC-GWG
            RR File No.: 4584/489

Dear Magistrate Judge Gorenstein:

      We represent Plaintiff, The Charter Oak Fire Insurance Company ("Charter Oak"), in the above-captioned action. In accordance with Your Honor's Individual Practices and the Court's July 12, 2022 Order for Conference Pursuant to Rule 16, we respectfully request an adjournment of the Rule 16 Conference that is currently scheduled for July 19, 2022 to **August 16, 2022 at 11 a.m.** This date has been provided by Your Honor's deputy clerk. Defendant United Specialty Insurance Company consents to this request and is available on the requested date.

      We thank the Court for its consideration.

                                  Respectfully submitted,

                                  RIVKIN RADLER, LLP

                                  /s/ Patrick R. O'Mea
                                  Patrick R. O'Mea

cc:    All counsel (By ECF)

Conference adjourned to August 16, 2022, at 11:00 a.m.

So Ordered.

_____
GABRIEL W. GORENSTEIN
United States Magistrate Judge

July 12, 2022

66 South Pearl Street, 11th Floor
Albany, NY 12207-1533
T 518.462.3000 F 518.462.4199

25 Main Street
Court Plaza North, Suite 501
Hackensack, NJ 07601-7082
T 201.287.2460 F 201.489.0495

477 Madison Avenue
New York, NY 10022-5843
T 212.455.9555 F 212.687.9044

2649 South Road
Poughkeepsie, NY 12601-6843
T 845.473.8100 F 845.473.8777