

WWW.RIVKINRADLER.COM

926 RXR Plaza
Uniondale, NY 11556-0926
T 516.357.3000 F 516.357.3333

**Anne M. Murray**
(516) 357-3108
Anne.murray@rivkin.com

May 30, 2023

**VIA ELECTRONIC FILING**          MEMORANDUM ENDORSED

The Honorable Gabriel W. Gorenstein
United States District Court
Southern District of New York
500 Pearl Street
New York, New York 10007

    Re: *The Charter Oak Fire Insurance Co. v. United Specialty Insurance Co.*
        Docket No.: 1:22-cv-02010-ALC-GWG
        RR File No.: 4584/489

Dear Judge Gorenstein:

    We represent Plaintiff, The Charter Oak Fire Insurance Company ("Charter Oak"), in the above-captioned declaratory judgment coverage action. We write with consent of defendant, United Specialty Insurance Company, to advise that the parties have reached a settlement-in-principle that resolves all claims in this action and are currently drafting the terms of a settlement agreement. Once the agreement is executed, the parties anticipate filing a stipulation of dismissal of this action to be so ordered by the Court.

    To allow the parties to finalize closing papers and exchange payment under the settlement agreement, the parties jointly request that the Court so-order the following modification of the remaining item in the discovery schedule:

|  | Original Date | Requested Date |
| --- | --- | --- |
| Deadline for a letter to Judge Carter requesting permission to file a summary judgment motion | 6/2/23 | 7/17/23 |

    This is the third request for an extension of the above deadline, and both parties consent. The only date that will be affected by this request is set forth above.

RIVKIN RADLER LLP

The Honorable Gabriel W. Gorenstein
May 30, 2023
Page 2

  We thank the Court for its consideration of this matter.

           Respectfully submitted,

           RIVKIN RADLER LLP

           /s/ *Anne M. Murray*
           Anne M. Murray

cc: Counsel of Record (By ECF)

           Extension to July 17, 2023, granted.

           So Ordered.

           _____
           GABRIEL W. GORENSTEIN
           United States Magistrate Judge
           May 31, 2023