UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------X
THE CHARTER OAK FIRE INSURANCE
COMPANY                                               :

            Plaintiff,                   :        <u>ORDER</u>

  -v.-                                               :
                                                 22 Civ. 2010 (ALC) (GWG)
UNITED SPECIALITY INSURANCE             :
COMPANY,
                                                              :
            Defendant.
------------------------------------------------------------X

**GABRIEL W. GORENSTEIN, UNITED STATES MAGISTRATE JUDGE**

      No party having filed a letter requesting permission to file a summary judgment motion, the parties shall file the pretrial order materials required by Judge Carter's Individual Practices on or before September 22, 2023.

      SO ORDERED.

Dated: September 1, 2023
       New York, New York

                                                                          GABRIEL W. GORENSTEIN
                                                                United States Magistrate Judge