**MEMO ENDORSED**

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC#: _____
DATE FILED: 9/21/23

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------X
THE CHARTER OAK FIRE INSURANCE COMPANY,

           Plaintiff,

-against-

UNITED SPECIALTY INSURANCE COMPANY,

           Defendant.
------------------------------------------------------------------X

Case No.: 1:22-cv-02010

**STIPULATION OF DISMISSAL WITH PREJUDICE**

    IT IS HEREBY STIPULATED AND AGREED that, whereas no party hereto is an infant or incompetent person for whom a committee has been appointed and no person not a party has an interest in the subject matter of the action, an Order may be entered hereon dismissing, with prejudice, the above-captioned action without costs or fees to either party; and it is further

    STIPULATED AND AGREED that electronic signatures hereon shall be treated as original signatures.

Dated:  Uniondale, New York
          September 21, 2023

| STONBERG HICKMAN & PAVLOFF LLP | RIVKIN RADLER LLP |
|---|---|
| /s/ Sherri N. Pavloff | /s/ Anne M. Murray |
| _____ | _____ |
| Sherri N. Pavloff, Esq. | Anne M. Murray, Esq. |
| Attorneys for Defendant | Attorneys for Plaintiff |
| UNITED SPECIALTY INS. CO. | THE CHARTER OAK FIRE INS. CO. |
| 505 Eighth Avenue, Suite 2302 | 926 RXR Plaza |
| New York, New York 10018 | Uniondale, NY 11556-0926 |
| (212) 231-2220 | (516) 357-3000 |

SO ORDERED:

/s/ Andrew L. Carter, Jr.
HON. ANDREW L. CARTER, JR.
UNITED STATES DISTRICT JUDGE

Dated: September 21, 2023

17727017.v1